**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Capsity, Inc.  **Case No.:** 23-23940 - B - 11
**Docket Control No.** CAE-1
**Date:** 11/26/2024
**Time:** 11:00 AM

**Matter:** Continued Status Conference Re: Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual. (Fee Paid $1738.00) (pdes) Additional attachment(s) added on 11/2/2023 (Desmond, Pete).

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**
(by phone) Trustee - Lisa A. Holder; Trustee's Attorney - Estela O. Pino; (by phone) Debtor's Attorney - Gabriel E. Liberman; (by phone) Creditor's Attorney - Allan D Sarver; (by phone) Creditor's Attorney - Raymond H. Aver; Debtor/Client - Dimitry Godamunne

---

**CIVIL MINUTES**

Status conference Concluded, Case Dismissed

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**