**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Capsity, Inc.,<br>        Debtor. | ) Case No. 23-23940 - B - 11<br>) Docket Control No. CAE-1<br>) Document No. 1<br>) Date: 11/26/2024<br>) Time: 11:00 AM<br>) Dept: B |

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is DISMISSED.

**Dated:** November 26, 2024

Christopher D. Jaime, Judge
United States Bankruptcy Court

Continued Status Conference Re: Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual. (Fee Paid $1738.00) (pdes) Additional attachment(s) added on 11/2/2023 (Desmond, Pete).